OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

12/1/2014

MANNING, DONALD PATRICK Tr. Ct. No. 9420335-A WR-74,15

On this day, the application for 11.07 Writ of Habeas Corpus has been rece.
and presented to the Court.

Abel Acosta, Clerk

RTS - Discharged

DONALD PATRICK MANNING
PACK UNIT - TDC #538907
2400 WALLACE PACK
NAVASOTA, TX 77869

U TF

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.26⁵
02 1M
0004279596    DEC 04 2(
MAILED FROM ZIP CODE 78⁻

JAWBS3B  77868